JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Lorraine Fischer Skinner, | ) | Case No.  2:06-cv-03749-JHN-Ex |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | Judge: Honorable Jacqueline H. Nguyen |
| | ) | |
| Best Buy Co Inc et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The matter came before this Court on the Motion for Summary Judgment filed Defendant Best Buy Stores, L.P. (erroneously sued and served as Best Buy Co., Inc.).  After consideration of the papers submitted by the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1.  Plaintiff take nothing;

2. Judgment be entered in favor of Defendants Best Buy Stores, L.P., AIG Warranty Service And Insurance Agency, Inc., and  AIG Warranty Guard, Inc. Against Plaintiff; and

3. This action be dismissed with prejudice.

Dated:  February 17, 2012

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT